UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUROLINE FOODS, LLC, ET AL.,<br><br>Defendants. | Civil Action No. 18-cv-2879 (BMC) |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Euroline Foods, LLC and Royal Seafood Baza, Inc. hereby certify the following:

1. Euroline Foods, LLC is 70 percent owned by GMI Holding, LLC, and 30 percent owned by Eurostar LLC.

2. GMI Holding, LLC does not have a parent corporation and there is no publicly held corporation that owns its stock.

3. Eurostar LLC does not have a parent corporation and there is no publicly held corporation that owns its stock.

4. Royal Seafood Baza, Inc. is a wholly owned subsidiary of Grand Market International Corporation.

5. Grand Market International Corporation does not have a parent corporation and there is no publicly held corporation that owns its stock.

Dated: July 11, 2018                          Respectfully submitted,

                                              */s/ David L. Kornblau*
                                              David L. Kornblau
                                              The New York Times Building

620 Eighth Avenue  
New York, NY 10018-1405  
Telephone: (212) 841-1084  
dkomblau@cov.com

Jennifer L. Saulino (*pro hac vice*)  
COVINGTON & BURLING LLP  
One CityCenter  
850 Tenth Street NW  
Washington, DC 20001  
Telephone: (202) 662-5305  
jsaulino@cov.com

Megan A. Crowley (*pro hac vice*)  
COVINGTON & BURLING LLP  
One CityCenter  
850 Tenth Street NW  
Washington, DC 20001  
Telephone: (202) 662-5112  
mcrowley@cov.com

*Counsel for Defendants*