UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EUROLINE FOODS, LLC; ROYAL SEAFOOD BAZA, INC.; EDUARD SHNAYDER; SYOMA SHNAYDER; ALBERT NIYAZOV, AND OLEG POLISCHOUK,<br><br>　　　　　　Defendants. | Civil Action No. 18-cv-2879 (BMC) |

NOTICE OF APPEARANCE OF MEGAN A. CROWLEY

PLEASE TAKE NOTICE that MEGAN A. CROWLEY, an attorney admitted *pro hac vice* to practice before this Court, hereby appears as counsel on behalf of Defendants Euroline Foods, LLC; Royal Seafood Baza, Inc.; Eduard Shnayder; Syoma Shnayder; Albert Niyazov; and Oleg Polischouk in this case and respectfully requests that all pleadings, notices, orders, correspondence and other papers be served upon her at the following address:

　　Megan A. Crowley
　　COVINGTON & BURLING LLP
　　One CityCenter
　　850 Tenth Street NW
　　Washington, DC 20001
　　Telephone: (202) 662-5112
　　Facsimile: (202) 778-5112
　　mcrowley@cov.com

Dated: July 12, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Megan A. Crowley*
　　　　　　　　　　　　　　　　　　　　　Megan A. Crowley (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
　　　　　　　　　　　　　　　　　　　　　One CityCenter

        850 Tenth Street NW
        Washington, DC 20001
        Telephone: (202) 662-5112
        Facsimile: (202) 778-5112
        mcrowley@cov.com

*Counsel for Defendants*