UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>EUROLINE FOODS, LLC; ROYAL SEAFOOD BAZA, INC.; EDUARD SHNAYDER; SYOMA SHNAYDER; ALBERT NIYAZOV, AND OLEG POLISCHOUK,<br><br>        Defendants. | Civil Action No. 18-cv-2879 (BMC) |

**NOTICE OF APPEARANCE OF JENNIFER L. SAULINO**

PLEASE TAKE NOTICE that JENNIFER L. SAULINO, an attorney admitted *pro hac vice* to practice before this Court, hereby appears as counsel on behalf of Defendants Euroline Foods, LLC; Royal Seafood Baza, Inc.; Eduard Shnayder; Syoma Shnayder; Albert Niyazov; and Oleg Polischouk in this case and respectfully requests that all pleadings, notices, orders, correspondence and other papers be served upon her at the following address:

    Jennifer L. Saulino
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street NW
    Washington, DC 20001
    Telephone: (202) 662-5305
    Facsimile: (202) 778-5305
    jsaulino@cov.com

Dated: July 12, 2018

                                    Respectfully submitted,

                                    */s/ Jennifer L. Saulino*
                                    Jennifer L. Saulino (*pro hac vice*)
                                    COVINGTON & BURLING LLP
                                    One CityCenter

850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5305
Facsimile: (202) 778-5305
jsaulino@cov.com

*Counsel for Defendants*