

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 16, 2018

***VIA ECF***
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   **United States of America v. Euroline Foods, LLC, et al.**
>        **Case No. 18-CV-2879 (Cogan, J.)**

Dear Judge Cogan:

This Office and the Consumer Protection Branch of the Department of Justice represent the United States in the above-referenced matter.   As a follow-up to our recent Letter Motion [Dkt. 13], and in compliance with the Court's Order granting the same, we write to submit the enclosed, fully executed proposed Consent Decree and Judgment of Permanent Injunction, whereby the United States and the defendants have reached a settlement resolving the action.

We thank the Court in advance for its consideration.

Respectfully submitted,

RICHARD P. DONOGHUE                  GUSTAV W. EYLER
United States Attorney               Acting Director
                                     Consumer Protection Branch

By:   s/ *Gail A. Matthews*          By:    s/ *James T. Nelson*
      GAIL A. MATTHEWS                       JAMES T. NELSON
      Deputy Chief, Civil Division          Trial Attorney
      Assistant U.S. Attorney               Consumer Protection Branch
      (718) 254-6025                         Department of Justice, Civil Division
                                             P.O. Box 386
                                             Washington, D.C. 20044
                                             (202) 616-2376

The Honorable Brian M. Cogan                                                                           Page 2
July 16, 2018


Enclosure

cc:      <u>Via ECF</u>

         David L. Kornblau, Esq.
         Jennifer L. Saulino, Esq. (pro hac vice)
         Megan A. Crowley, Esq. (pro hac vice)
         COVINGTON & BURLING LLP
         *Attorneys for Defendants*